IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARNARD CONSTRUCTION COMPANY, INC., | § § § § | |
| *Plaintiff*, | § § | Civil Action No.: 4:20-cv-03569 |
| v. | § § | |
| JACOBS ENGINEERING GROUP, INC., CDM CONSTRUCTORS, INC., HOUSTON WATERWORKS TEAM, FIDELITY AND DEPOSIT INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, and BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | § § § § § § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

**PLAINTIFF BARNARD CONSTRUCTION COMPANY, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Barnard Construction Company, Inc. files this disclosure statement with the Court as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Plaintiff Barnard Construction Company, Inc. is a Montana corporation with its principle place of business in Bozeman, Montana.

2. Plaintiff Barnard Construction Company, Inc. is not a public traded entity.

Respectfully submitted,

**PECKAR & ABRAMSON, P.C.**

By: */s/ George C. Baldwin*
     **George C. Baldwin** (attorney in charge)
     Texas State Bar No. 01625020
     gbaldwin@pecklaw.com
     111 Congress Avenue, Suite 1010
     Austin, Texas 787101
     Telephone: 512-275-1786
     Facsimile: 512-236-0682

and

**Timothy A. Rothberg**
Texas State Bar No. 24060525
trothberg@pecklaw.com
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056
Telephone: 713-568-1500
Facsimile: 713-568-1490

**ATTORNEYS FOR PLAINTIFF, BARNARD CONSTRUCTION COMPANY, INC.**