IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARNARD CONSTRUCTION COMPANY, INC., | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 4:20-cv-03569 |
| v. | § § | |
| JACOBS ENGINEERING GROUP, INC., ET AL., | § § § § | |
| *Defendants.* | § | |

**DEFENDANTS FIDELITY AND DEPOSIT COMPANY OF MARYLAND, FEDERAL INSURANCE COMPANY, AND BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendants Fidelity and Deposit Company of Maryland, Federal Insurance Company, and Berkshire Hathaway Specialty Insurance Company file this Rule 7.1 Disclosure Statement and Certificate of Interested Parties (per this Court's October 20, 2020 Order) as follows:

1. Fidelity and Deposit Company of Maryland is a wholly owned subsidiary of Zurich American Insurance Co.

2. Federal Insurance Company is a wholly owned subsidiary of Chubb INA Holdings, Inc. Chubb INA Holdings, Inc. is owned 80% by Chubb Group Holdings, Inc. and 20% by Chubb Limited. Chubb Group Holdings, Inc. is a wholly owned subsidiary of Chubb Limited.

1

3. Berkshire Hathaway Specialty Insurance Company is a wholly owned subsidiary of National Indemnity Company, which is a wholly-owned subsidiary of <u>Berkshire Hathaway Inc</u>.

Dated: February 9, 2021.

>Respectfully Submitted,
>
>**MOUERHUSTON PLLC**
>
>By: <u>*/s/ Penn C. Huston*</u>
>    Penn C. Huston
>    Attorney-in-Charge
>    S.D. Tex. ID No. 20542
>    Texas State Bar No. 00796804
>    phuston@mouerhuston.com
>    Jeffrey R. Elkin
>    S.D. Tex. ID No. 69592
>    Texas State Bar No. 06522180
>    jelkin@mouerhuston.com
>    349 Heights Blvd.
>    Houston, TX 77007
>    Telephone (832) 410-4540
>    Facsimile (832) 209-8158
>
>**ATTORNEYS FOR FIDELITY AND DEPOSIT COMPANY OF MARYLAND, FEDERAL INSURANCE COMPANY, AND BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF, as follows:

**PECKAR & ABRAMSON, P.C.**
George C. Baldwin
gbaldwin@pecklaw.com
111 Congress Avenue, Suite 1010
Austin, Texas 787101

Timothy A. Rothberg
trothberg@pecklaw.com
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056

**ATTORNEYS FOR PLAINTIFF**
**BARNARD CONSTRUCTION COMPANY, INC.**

**JONES WALKER LLP**
Neal J. Sweeney
nsweeney@joneswalker.com
Tiffany C. Raush
traush@joneswalker.com
811 Main Street, Suite 2900
Houston, TX 77002

**ATTORNEYS FOR HOUSTON WATERWORKS TEAM, CH2M HILL ENGINEERS, INC., CDM CONSTRUCTORS, INC., AND JACOBS ENGINEERING GROUP, INC.**

/s/ *Penn C. Huston*
Penn C. Huston